# Court of Appeals
# of the State of Georgia

ATLANTA,  July 01, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0145. In the Interest of D.B., et al., CHILDREN (FATHER).**

The motion for an extension of time filed by Appellant in the above-referenced case is hereby GRANTED.  Appellant is granted a 30-day extension resulting in a due date of August 1, 2025; no further extensions may be granted. See Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/01/2025*

> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
>
> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.